HENRY H. RHODES, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Rhodes* v. *N. Y. C. & H. R. R. R. Co.*, 8 Misc. Rep. 366, affirmed.
(Argued April 17, 1896; decided May 26, 1896.)

APPEAL from judgment of the General Term of the Superior Court of the city of Buffalo, entered upon an order made May 2, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*James F. Gluck* for appellant.

*George W. Cothran* and *Edward T. Durand* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

JACOB LONDON et al., Appellants, *v.* WILBUR F. MARTIN et al., Respondents.

*London* v. *Martin*, 79 Hun, 229, affirmed.
(Argued April 17, 1896; decided May 26, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made June 15, 1894, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term dismissing the complaint upon the merits.

*Emanuel J. Myers* for appellants.

*Paul C. Cloyd, Arthur M. King* and *William J. Underwood* for respondents.

Judgment affirmed, with costs; no opinion.
All concur.